BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**



September 30, 2013

Pennsylvania (Hbg) U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Room 320
Harrisburg, PA 17101

Dear Clerk:

        Re:        FAZAL AHMED
        Bankruptcy No:        1303903
        EIN:
        SSN:

On August 02, 2013, we furnished you with a Proof of Claim in the amount of $735.09.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

Sincerely,

/s/ David Rupert
Bankruptcy Division
Telephone:    717-772-6940

cc:  CHARLES J DEHART III