```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 13-03903-MDF
Fazal Ahmed                                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 1            Date Rcvd: Oct 31, 2016
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4379876        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2016 19:36:57     Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,   Telephone number 60055-0049
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    Specialized Loan Servicing LLC servicer for
               harry.reese@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Assoc, as Trustee of the GMACM Home
               Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Specialized Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
              Robert E Chernicoff    on behalf of Debtor Fazal  Ahmed rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sherri  Braunstein    on behalf of Creditor    Specialized Loan Servicing LLC servicer for
               sbraunstein@udren.com, vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                 TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-03903-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Fazal Ahmed
73 Jamestown Road
Shippensburg PA 17257

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Green Tree Servicing, LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone number: 888-298-7785 | Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/16

Terrence S. Miller
**CLERK OF THE COURT**