```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 13-03903-RNO
Fazal Ahmed                                                     Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh            Page 1 of 1           Date Rcvd: May 16, 2017
                             Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db             +Fazal Ahmed,    73 Jamestown Road,    Shippensburg, PA 17257-9148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    Specialized Loan Servicing LLC servicer for
               harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              Joshua I Goldman    on behalf of Creditor    Specialized Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Assoc, as Trustee of the GMACM Home
               Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              Robert E Chernicoff    on behalf of Debtor Fazal  Ahmed rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sherri Braunstein    on behalf of Creditor    Specialized Loan Servicing LLC servicer for
               sbraunstein@udren.com, vbarber@udren.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Assoc, as Trustee of the GMACM Home
               Equity Loan Trust 2005-HE3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com;tfitz@mortoncraig.com
                                                                                             TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Fazal Ahmed  
73 Jamestown Road  
Shippensburg, PA 17257

Chapter 13  
Case No. 1:13−bk−03903−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−4000

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 16, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk